IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | |
|---|---|
| **IN RE:** Nys, Dwayne R<br>Nys, Linda A<br>Printed: 6/15/05 | Case Number: 05 B 03173<br>Judge: Doyle, Carol A<br>Filed: 4/26/05 |

# FINAL REPORT AND ACCOUNT

The trustee, Marilyn O. Marshall, submits this report to the court pursuant to 11 U.S.C. 1302:

Status:   Transferred: June 10, 2005
Confirmed: None

## SUMMARY OF RECEIPTS & DISBURSEMENTS

| | Receipts | Disbursements |
|---|---:|---:|
| | 0.00 | |
| Secured: | | 0.00 |
| Unsecured: | | 0.00 |
| Priority: | | 0.00 |
| Administrative: | | 0.00 |
| Trustee Fee: | | 0.00 |
| Other Funds: | | 0.00 |
| Totals: | 0.00 | 0.00 |

## DISBURSEMENT DETAIL

| | Creditor Name | Type | Repayment | Paid to Date |
|---|---|---|---|---|
| 1. | GMAC Mortgage Corporation | Secured | | No Claim Filed |
| 2. | Ditech/GMAC Mortgage | Secured | | No Claim Filed |
| 3. | Boulevard Credit Unn fka Hiawa | Secured | | No Claim Filed |
| 4. | Ditech/GMAC Mortgage | Secured | | No Claim Filed |
| 5. | GMAC Mortgage Corporation | Secured | | No Claim Filed |
| 6. | Alexian Brothers Medical Center | Unsecured | | No Claim Filed |
| 7. | Bensenville Dental Care | Unsecured | | No Claim Filed |
| 8. | Alliance One | Unsecured | | No Claim Filed |
| 9. | Associated Recovery Systems | Unsecured | | No Claim Filed |
| 10. | Discover Financial Services | Unsecured | | No Claim Filed |
| 11. | Best Buy | Unsecured | | No Claim Filed |
| 12. | Capital One | Unsecured | | No Claim Filed |
| 13. | Boulevard Credit Unn fka Hiawa | Unsecured | | No Claim Filed |
| 14. | Capital One | Unsecured | | No Claim Filed |
| 15. | Citi Cards | Unsecured | | No Claim Filed |
| 16. | Chase Manhattan | Unsecured | | No Claim Filed |
| 17. | Cenco Magazine Svc | Unsecured | | No Claim Filed |
| 18. | Cingular Wireless | Unsecured | | No Claim Filed |
| 19. | Cingular Wireless | Unsecured | | No Claim Filed |
| 20. | Discover Financial Services | Unsecured | | No Claim Filed |
| 21. | First National Bank | Unsecured | | No Claim Filed |
| 22. | Boulevard Credit Unn fka Hiawa | Unsecured | | No Claim Filed |
| 23. | Ditech/GMAC Mortgage | Unsecured | | No Claim Filed |
| 24. | ERS | Unsecured | | No Claim Filed |
| 25. | First USA | Unsecured | | No Claim Filed |

IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| IN RE: | Nys, Dwayne R | Case Number: 05 B 03173 |
| | Nys, Linda A | Judge: Doyle, Carol A |
| | Printed: 6/15/05 | Filed: 4/26/05 |

| | | | | |
|---|---|---|---|---|
| 26. | GMAC Mortgage Corporation | Unsecured | | No Claim Filed |
| 27. | GMAC Mortgage Corporation | Unsecured | | No Claim Filed |
| 28. | M D Mortgage | Unsecured | | No Claim Filed |
| 29. | Sears Roebuck & Co | Unsecured | | No Claim Filed |
| 30. | Grant Mercantile Agency | Unsecured | | No Claim Filed |
| 31. | Household Bank FSB | Unsecured | | No Claim Filed |
| 32. | Household Credit Services | Unsecured | | No Claim Filed |
| 33. | Premium Marketing Systems Inc | Unsecured | | No Claim Filed |
| 34. | National Action Financial Services | Unsecured | | No Claim Filed |
| 35. | Northland Group Inc | Unsecured | | No Claim Filed |
| 36. | Retail Services | Unsecured | | No Claim Filed |
| 37. | Retailer's National Bank | Unsecured | | No Claim Filed |
| 38. | Merchants Credit Guide | Unsecured | | No Claim Filed |
| 39. | Richard D Seierstad | Unsecured | | No Claim Filed |
| 40. | Ronald J Waryjas DDS | Unsecured | | No Claim Filed |
| 41. | Portfolio Recovery Associates | Unsecured | | No Claim Filed |
| 42. | Enhanced Recovery | Unsecured | | No Claim Filed |

```
                                               _____       _____
                                                 $ 0.00           $ 0.00
```

## TRUSTEE FEE DETAIL

| Fee Rate | Total Fees |
|---|---|
| | _____ |
| | $ 0.00 |

Based on the above information, the trustee requests that the court enter an order discharging the trustee, releasing the trustee's surety from liability for actions relating to the above proceedings, closing the estate and for such other relief as is proper.

Marilyn O. Marshall, Trustee, by:

_Denise Ashley_ _____