```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                          CASE NO. 05 B 03173
   DWAYNE R NYS
   LINDA A NYS                                  CHAPTER 13

                                                JUDGE: JOHN H SQUIRES
        Debtor
   SSN XXX-XX-1287    SSN XXX-XX-4171
```

---
### TRUSTEE'S FINAL REPORT AND ACCOUNT
---

Glenn Stearns, Chapter 13 Standing Trustee, submits the following Final Report and Account of the administration of the estate pursuant to 11 USC 1302(b)(1).

1. The case was filed on 04/26/05 and confirmed on 10/28/05.

2. The plan is paid in full.

3. The Debtor paid a total of $ 19190.00 .

4. The Trustee made disbursements to creditors as follows:

| CREDITOR NAME | CLASS | CLAIM AMOUNT | INTEREST PAID | PRINCIPAL PAID |
|---|---|---|---|---|
| GMAC RESCAP LLC | CURRENT MORTG | .00 | .00 | .00 |
| GMAC RESCAP LLC | NOTICE ONLY | NOT FILED | .00 | .00 |
| DITECH.COM | SECURED | .00 | .00 | .00 |
| BNSF RAILWAY CREDIT UNIO | UNSECURED | 17578.97 | .00 | 5868.58 |
| ALEXIAN BROTHERS BEHAVIO | UNSECURED | NOT FILED | .00 | .00 |
| ALLIANCE ONE | UNSECURED | NOT FILED | .00 | .00 |
| ASSOCIATES RECOVERY SYST | UNSECURED | NOT FILED | .00 | .00 |
| BENSENVILLE DENTAL | UNSECURED | NOT FILED | .00 | .00 |
| BEST BUY | UNSECURED | NOT FILED | .00 | .00 |
| BNSF RAILWAY CREDIT UNIO | NOTICE ONLY | NOT FILED | .00 | .00 |
| CAPITAL ONE FINANCIAL | NOTICE ONLY | NOT FILED | .00 | .00 |
| CAPITAL ONE BANK | UNSECURED | 1552.71 | .00 | 518.36 |
| CENCO MAGAZINE SVC | UNSECURED | NOT FILED | .00 | .00 |
| CHASE MANHATTAN BANK USA | UNSECURED | NOT FILED | .00 | .00 |
| CINGULAR WIRELESS CHICAG | UNSECURED | NOT FILED | .00 | .00 |
| CITI CARD | UNSECURED | NOT FILED | .00 | .00 |
| DISCOVER BANK | UNSECURED | 7904.78 | .00 | 2638.94 |
| DISCOVER BANK | UNSECURED | 3289.95 | .00 | 1098.32 |
| ENHANCED RECOVERY CORP | UNSECURED | NOT FILED | .00 | .00 |
| ER SOLUTIONS INC | UNSECURED | NOT FILED | .00 | .00 |
| CREDITOR NAME | CLASS | CLAIM AMOUNT | INTEREST PAID | PRINCIPAL PAID |
| FIRST NATIONAL BANK OF O | UNSECURED | NOT FILED | .00 | .00 |
| FIRST USA | UNSECURED | NOT FILED | .00 | .00 |
| GMAC PAYMENT CENTER | UNSECURED | NOT FILED | .00 | .00 |
| GRANT MERCANTILE AGENCY | UNSECURED | NOT FILED | .00 | .00 |
| HSBC | UNSECURED | NOT FILED | .00 | .00 |
| ROUNDUP FUNDING LLC | UNSECURED | 1828.14 | .00 | 610.31 |
| MBD FINANCIAL | UNSECURED | NOT FILED | .00 | .00 |

```
MERCHANTS CREDIT GUIDE      UNSECURED         NOT FILED              .00            .00
NATIONAL ACTION FIN SRV     UNSECURED         NOT FILED              .00            .00
NORTHLAND GROUP             UNSECURED         NOT FILED              .00            .00
PORTFOLIO RECOVERY ASSOC    UNSECURED           4185.00              .00        1397.12
PREMIUM MARKETING SYSTEM    UNSECURED         NOT FILED              .00            .00
RETAIL SERVICES             UNSECURED         NOT FILED              .00            .00
RETAILERS NATIONAL BANK     UNSECURED         NOT FILED              .00            .00
RICHARD SEIESTAD            UNSECURED         NOT FILED              .00            .00
RONALD J WARYJAS DDS        UNSECURED         NOT FILED              .00            .00
SEARS BKRUPTCY RCVRY MGM    UNSECURED         NOT FILED              .00            .00
DITECH.COM                  MORTGAGE ARRE       887.34               .00         887.34
SOUTHWEST CREDIT SYSTEMS    UNSECURED         NOT FILED              .00            .00
STERLING INC                UNSECURED           1307.20              .00         436.40
CAPITAL ONE BANK            UNSECURED           4930.25              .00        1645.92
ST ALEXIUS MEDICAL CENTE    FILED LATE             .00               .00            .00
      Summary of disbursements:
-----------------------------------------------------------------------------------
                    SECURED      PRIORITY      UNSECURED        OTHER         TOTAL
-----------------------------------------------------------------------------------
TOTAL CLMS ALLOWED   887.34           .00       42577.00          .00      43464.34
PRINCIPAL PAID       887.34           .00       14213.95          .00      15101.29
INTEREST PAID           .00           .00             .00         .00            .00
TOTAL PAID           887.34           .00       14213.95          .00      15101.29
```

The Debtor's attorney, DEBRA J VORHIES-LEVINE         , was allowed $   3750.00
and was paid $    600.00   direct and $   3150.00   through the plan.

The Trustee received $    828.71 .

Refunds to the Debtor totaled $    110.00 .

   Wherefore, the Trustee requests an order be entered discharging the Trustee and the surety on his bond from any further liability in this case.


   Dated: 12/16/08                    /S/
                                      GLENN STEARNS
                                      CHAPTER 13 TRUSTEE

```
                         PAGE   3
      CASE NO. 05 B 03173 DWAYNE R NYS & LINDA A NYS
```